AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
) Case No. 3:23CR150 as DETAINER
)
)
)
Kumkio L. Martin, Jr. )
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kumkio L. Martin, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED.

Date: 11/08/2023

_____
Issuing officer's signature

City and state: Richmond, Virginia     J. Jones, Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* 11/8/23 , and the person was arrested on *(date)* 11/14/23
at *(city and state)* Richmond, VA .

Date: 11/14/23

_____
Arresting officer's signature

Jonathan Myers / FBI TFO
Printed name and title