CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: SPEIGHT
REPORTER: FTR

DOCKET NO. 23cr150
DATE: 11/14/23

UNITED STATES OF AMERICA                    COUNSEL

1. __Kumkio" Martin, Jr.__              1. __Laura Koenig (Camden)__

**APPEARANCES:**   GOVERNMENT __Ellen Hubbard & Andrew Olsen__ (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:**   DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**
INITIAL (✓)   ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )   DETENTION ( )   MOTIONS ( )   OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:**
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**
DATE OF ARREST: __11/14/23__   GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE (✓)
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
GOVT SUMMARIZED CHARGES (✓)   DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT (✓)   COUNSEL TO BE APPOINTED (✓)
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT (✓)   ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓)   DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )   DEFT REMANDED ( )
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( )   MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )
DEFT REMANDED ( )   GOVT NOT SEEKING DETENTION ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
WITNESS(ES) _____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f) ( )

**CASE CONTINUED TO:** __Nov 17, 2023   11:00am__ FOR __arraignment/detention__

**CASE SET:** 2:00   **BEGAN:** 2:05   **ENDED:** 2:12   **TIME IN COURT:** 7 mins