UNITED STATES

      v.                                    **DECLARATION OF LARS DANIEL**
                                                 **RE:  FLOCK SAFETY**

KUMKIO MARTIN

I, Lars E. Daniel, do hereby swear to or affirm the following:

1.  I am over the age of eighteen (18) and am competent to testify about the matters herein.

2.  I have over twenty years of experience in data recovery, information technology, graphic design, and digital video and image editing. I started working in digital forensics in 2009. I have been working solely in digital forensics for twelve years, and I have thousands of hours of experience in this area.

3.  I am the co-author of Digital Forensics for Legal Professionals: Understanding Digital Evidence from the Warrant to the Courtroom, published by Syngess, an imprint of Elsevier Publishing. I am also the co-author of the book Digital Forensics Trial Graphics: Educating the Jury Through Effective Use of Visuals, Published by Academic Press. In addition, I authored chapter 38, Video and Photo Evidence, in my book Digital Forensics for Legal Professionals.

4.  I hold numerous certifications in Digital Forensics, including the EnCase Certified Examiner (EnCE), Cellebrite Certified Operator (CCO), Cellebrite Certified Physical Analyst (CCPA), Certified Telecommunications Network Specialist (CTNS), Certified Wireless Analyst (CWA), Certified Internet Protocol Telecommunications Specialist (CIPTS), and the Certified Telecommunications Analyst (CTA) certifications.

5.  I have provided training to my peers at the largest and most prominent annual digital forensics conference, the Computer Enterprise and Investigations Conference (CEIC), in 2011 and 2013, and 2016 and 2019, after the conference was rebranded as Enfuse.

6.  I have qualified as an expert witness and testified in state and federal courts, qualifying as a digital forensic expert, computer forensic expert, cell phone forensic expert, video forensic expert, and photo forensic expert. In addition, I have testified for both the defense and prosecution in criminal trials and the plaintiff and defense in civil trials. As it pertains to photo and video forensics, I have qualified as an expert in photo forensics three times and video forensics six times.

7.  In addition to the expert testimony I have provided in the United States, I have also qualified and testified as a video forensic expert in the State Court of Singapore.

8.  I have over 500 hours of training specific to digital forensics, including 20 hours of instruction from the Law Enforcement & Emergency Services Video Association International, Inc. I also received 29 credit hours of education from the University of North Carolina at Pembroke in fine art, digital art, and media integration.

9.  I have trained many thousands of attorneys and claims professionals with over 400 classes taught, providing CLE (Continuing Legal Education) and CE (Continuing Education) classes across the United States. Specific to photo and video forensics, I have provided CLE and CE training seventeen times.

10. Flock Safety states that they "exist to eliminate crime and keep your community safe…" and that they will provide you with the ability to collect "the actionable evidence you need to solve, deter and reduce crime across neighborhoods, schools, businesses and entire cities".[1]  Flock Safety offers a suite of products to help reach this goal.  The products fall under four main platforms:  LPR Cameras, Audio Detection, Video, and Software.

11. Flock Safety's LPR (License Plate Recognition) Cameras come in several different forms, but all are purported to serve a similar role.  They are individual cameras that can be installed virtually anywhere utilizing ALPR systems.

    **Automatic License Plate Reader Technology**

12. Automated License Plate Recognition (ALPR) systems are advanced technologies designed to capture and analyze vehicle license plates automatically. These systems utilize high-speed cameras and sophisticated image processing algorithms to identify and convert the images of license plates into alphanumeric text, which can then be compared against databases for various purposes, such as law enforcement, toll collection, and parking management.

13. Automated License Plate Recognition (ALPR) systems represent a fusion of optical technology and artificial intelligence (AI). To understand the depth of ALPR systems and the unique features of Flock, I will first explain ALPR technology in general.

    **ALPR Technology**
    **High-Speed Cameras**

---

[1] *Flock Safety.*  February 15, 2024.  www.flocksafety.com/why-flock

14. The first step in implementing an ALPR (Automatic License Plate Recognition) system is to use high-speed and high-resolution cameras to capture clear images of vehicle license plates. These cameras are designed to function under various conditions, such as high-speed scenarios like moving vehicles on a freeway, low light or nighttime using infrared illumination, and adverse weather conditions. The ability to capture legible images in such diverse environments is a key feature of ALPR systems.

### Infrared Illumination

15. Some Automatic License Plate Recognition (ALPR) systems use infrared (IR) lighting to ensure that the camera can capture clear images of license plates, regardless of the ambient lighting conditions. Infrared illumination is not visible to the human eye but can illuminate a license plate for the camera, enabling the system to capture clear images during both day and night.

### Image Processing Software and Algorithms

16. Once an image is captured, the ALPR system's image processing software takes over and performs several steps to accurately identify the license plate. These steps rely on a form of artificial intelligence known as computer vision.

### Computer Vision

17. Computer vision is like teaching a toddler to recognize a cat. You would show them pictures of cats, point out cats in books, or draw attention to cats in the real world.  Over time, the child learns to identify cats by piecing together visual cues such as size, shape, and movement. The more cats you show the toddler, the better it will be at recognizing an image of a cat.  Similarly, computer vision uses algorithms to interpret visual cues from images and videos and translate them into a language that computers can understand. This helps computers understand and react to visual inputs in a way similar to how humans would.[2]

### How Computer Vision is Used in ALPR Technology

18. The first step is detection, where the system recognizes the presence of a license plate in the captured image by taking into account its shape, size, and typical location on a vehicle.  After detecting the license plate, the system isolates it from the rest of the image in a process called segmentation. This step ensures that the Optical Character Recognition (OCR) algorithms focus solely on the license plate for text recognition.

---

[2] *What is Computer Vision?* February 16, 2024.  www.ibm.com/topics/computer-vision

19. The third and final step is normalization, where the isolated license plate image is adjusted for brightness and contrast. This step improves the readability of the plate, especially if the image was affected by external conditions like shadows or glare.

20. By going through these steps, the ALPR system is able to detect and recognize license plates. Beyond license plates, computer vision in ALPR systems can extract additional features from the license plate and surrounding vehicle. This includes identifying the make and model of the vehicle, its color, and other unique features including damage and customizations to the vehicle.  Once the license plate image is prepared, OCR algorithms analyze the image to identify and convert the characters on the license plate into digital text.

**Optical Character Recognition (OCR)**

21. OCR technology in ALPR systems is highly specialized, capable of recognizing a wide array of fonts and styles found on license plates worldwide and can adapt to personalized or vanity plates that do not follow standard formats.

22. Many professionals are familiar with OCR even if they are not aware of it. For example, if an old news article, legal contract, or manuscript are searchable using a computer, it has undergone the process of OCR.

23. This process begins when a document is scanned or photographed, creating a digital image file. OCR software examines this image, identifying and distinguishing the shapes of characters and symbols within the text. Using pattern recognition algorithms, the software matches these shapes to characters in a digital font, effectively translating the image of the text into editable and searchable text.

24. The significance of OCR in making documents searchable lies in its ability to convert static images, which are not inherently searchable, into a format that can be easily searched, edited, and managed. For example, a scanned page from a book is initially just an image file to a computer, with no understanding of the content it contains. After OCR processing, the text within that image becomes digitally accessible, allowing for keyword searches, data extraction, and integration into databases.

25. The process is the same for ALPRs. The only difference is that the text to be recognized is on a license plate, and the capture device (camera) is specialized for that purpose. With ALPRs, The OCR technology involves pattern recognition algorithms that compare the shapes and lines of characters on the license plate with a database of character images.

26. Machine learning algorithms can also be employed to improve recognition accuracy over time, learning from previous successes and failures to better identify characters in

new images. Much like a toddler learns to identify a cat from a teacher at first, but learns to identify cats on their own in different variations of color, shape, size, and medium, be it in a movie, book, or real life.

**ALPR Databases**

27. The alphanumeric text obtained through OCR is then used in various applications, from checking a vehicle's legal status in law enforcement databases to managing access in gated communities or paid parking areas. The effectiveness of this step depends on the integration of the ALPR system with relevant databases and software interfaces, allowing for real-time data comparison and analysis.

28. When an ALPR camera captures an image of a vehicle's license plate, the OCR (Optical Character Recognition) component of the ALPR software processes this image to extract the alphanumeric text of the plate. This text, along with additional data such as the date, time, and location of the capture, and possibly images of the vehicle, is then stored in a structured format within a database. This database can be hosted locally or on cloud-based platforms, depending on the system's design and the requirements of the users.

29. The database is designed to efficiently store, manage, and retrieve the vast amounts of data generated by ALPR systems. It typically includes tables or records that can accommodate various pieces of information for each license plate capture, including the following:
    - License Plate Number:  The primary identifier, extracted text of the license plate
    - Timestamp:  The exact date and time the license plate was captured
    - Location Information:  Details of where the capture took place, which can include GPS coordinates or location descriptions
    - Vehicle Information:  Details such as make, model, color, and any distinctive features, if available
    - Image Data:  Links to or copies of the original image and any processed images
    - Event Tags:  Additional information, such as the reason for capturing the data (speeding, toll violation, etc.), if applicable

**How the ALPR Database Interfaces with Analytic Software**

30. The ALPR software interfaces with this database through a series of queries and commands, allowing users to search for and analyze the stored data. For instance, law enforcement officers can query the database for all sightings of a specific license plate, or for all plates captured at a certain location within a specified time frame. This querying capability is facilitated by the software's user interface, which provides tools for entering search criteria, displaying results, and analyzing data.

31. Beyond simple queries, the software can perform complex data analysis, generating reports and alerts based on the stored information. For example, it can automatically flag reported stolen vehicles or associate them with wanted individuals based on matches with external databases such as those maintained by law enforcement agencies.

32. Further, many systems can operate in real time, processing and storing data from ALPR cameras as they capture license plates and provide immediate alerts or notifications based on predefined criteria.

33. It can also support batch processing, analyzing large datasets of captured license plate information for historical analysis or pattern recognition.

**Unique Characteristics of Flock Safety Cameras**

34. The Flock Safety Falcon is a fixed camera that is designed to monitor two-lane roadways with moderate traffic.

35. The Flock Safety Falcon LR is a fixed camera that is designed to monitor high-speed, multi-lane highways with heavy traffic.  It reportedly can capture the image of a vehicle and its license plate from a distance of up to 250 feet and of a vehicle traveling up to 100 miles per hour.[3]

36. The Flock Safety Falcon SR is a short-range camera that is designed to capture images of a vehicle and its license plate while in a parking lot.  Additionally, the Flock Safety Flex and the Flock Safety Sparrow LPR are location-flexible LPR which are marketed for temporary coverage and/or for neighborhood security.  These cameras are reportedly, motion triggered devices.[4]

37. Flock Safety Condor is a video monitoring and recording product.  It is a cloud-based software which can provide live views at anytime and the user can control the aim of the camera via PTZ (Pan-Tilt-Zoom) control, remotely.[5]

38. The Flock Safety Raven is an audio detection product which pairs with LPR and video to address gun and vehicle-related crimes in a ¼ square mile area.  The artificial intelligence incorporated technology attempts to also identify the sounds of screeching tires, breaking glass, and sawing metal (purportedly to detect catalytic converter theft).[6]

---

[3] *Flock Safety*.  February 15, 2024.  Flocksafety.com/devices/falcon-lr.
[4] *Flock Safety*.  February 15, 2024.  Flocksafety.com/devices/falcon-sr
[5] *Flock Safety*.  February 15, 2024.  Flocksafety.com/devices/condor
[6] *Flock Safety*.  February 15, 2024.  Flocksafety.com/devices/raven

39. The audio, image, and video captures of Flock Safety products are all saved for a period of 30 days.  This time frame can reportedly be easily manipulated by a simple request to Flock Safety.  The data received by these products can all be incorporated into Flock Safety Wing, which is a product that allows law enforcement to scan through thousands of hours of footage to extract a particular vehicle of interest.  Flock Safety uses an artificial intelligence to create the searchable "Vehicle Fingerprint" using a "proprietary machine learning algorithm".[7]  The images and video captured by the LPR document the particular vehicle's make, type, color, license plate, state of the license plate, covered plates, missing plates, and unique feature of the vehicle such as a roof rack and bumper stickers to create the "Vehicle Fingerprint".  The consolidation of this data and real-time manipulation of cameras are completed through FlockOS.

40. FlockOS is used to "detect", "decode", and "deliver" evidence to the law enforcement as needed.[8]  Using these tools, law enforcement can monitor a vehicle as it moves through a geographical location for a prolonged period of time so long as there exits Flock Safety cameras.  It also can develop a pattern of life for the users of particular vehicles in certain geographic areas.

41. When a license plate is photographed or captured by video, it is then searched against the FBI NCIC for targets of interest.  It can also be searched against Flock Safety's own database to determine if the image matches a "Vehicle Fingerprint" profile previously created.[9]  Additionally, law enforcement may upload license plate information to the system for it to be on the lookout, in a sense.  If one of the cameras captures an image of a targeted license plate, it will send an alert to the user within mere seconds.

42. Several issues have arisen from the use of Flock Safety products.  The IPVM (Internet Protocol Video Market), a publication aimed to provide independent and reliable reporting on the limits of security technology, stated that "Flock's system misidentified a license plate's state about 10% of the time".[10]  Also, IPVM reported that the Flock Safety products only update their FBI NCIC two times per day.[11]  This failure in having the most recent information can lead to frivolous alerts which ultimately may occupy limited law enforcement assets for an unneeded pursuit as evidenced in New Mexico where "three people, two of whom were minors, were treated as potentially violent

[7] Stanley, Jay.  "Fast-Growing Company Flock is Building a New AI-Driven Mass-Surveillance System".  ACLU. March 3, 2022.  Accessed February 15, 2024.

[8] *Flock Safety*.  February 15, 2024.  Flocksafety.com/flock-os

[9] Stanley, Jay.  "Fast-Growing Company Flock is Building a New AI-Driven Mass-Surveillance System".  ACLU. March 3, 2022.  Accessed February 15, 2024

[10] Stanley, Jay.  "Fast-Growing Company Flock is Building a New AI-Driven Mass-Surveillance System".  ACLU. March 3, 2022.  Accessed February 15, 2024

[11] Stanley, Jay.  "Fast-Growing Company Flock is Building a New AI-Driven Mass-Surveillance System".  ACLU. March 3, 2022.  Accessed February 15, 2024

suspects and held at gunpoint before police recognized the errors and released them…".[12]

43. Furthermore, the Flock Safety's claim that a decrease in crime is attributable to the installation of their products in particular areas is not sound.  The causal relationship between the presence of one or more Flock devices and a reduction in crime at a particular location for any period has not been proven.

44. There is a lack of transparency regarding camera placement, data handling, and sharing practices contributes. Citizens often remain unaware of how their data is used, or that Flock cameras have been installed in their region.[13]

45. Flock cameras do not include facial recognition capabilities.  However, the inclusion of facial recognition technology could be implemented by updating the software only.  The high-definition cameras currently utilized by Flock would be sufficient to capture details about the driver of a vehicle.

46. Effectively, Flock integrates law enforcement, homeowner associations, and private parties into a giant surveillance network.  The cameras capture data on every passing vehicle. The data is centralized in a database run by Flock, a private company.  Some organizations appear to have the capability to search every single Flock camera in existence, numbering over 67,000 cameras in total. [14]

47. Increasing the number of Flock cameras within an area could lead to a more granular determination of a person's movements. When more cameras are placed, they cover a larger portion of the environment. This density allows for tracking and observation of individuals as they move through different zones. Cameras at intersections or key points capture people entering and exiting specific areas. By analyzing these intersection points, patterns emerge, revealing common routes and frequent destinations.

48.  With additional cameras, there's a higher chance of capturing time-stamped footage of an individual at multiple locations. This chronological data helps reconstruct their movements over time. Overlapping camera fields of view create a network. When an individual passes from one camera's view to another, the system can track their trajectory more accurately. By correlating data from multiple cameras, behavioral analysis becomes possible.

---

[12] Smythe, Christie.  "City Sued Over Multiple Erroneous Flock LPR Camera-Based Stops".  IVPM.  January 29, 2024.  Accessed February 16, 2024.

[13] https://www.clickorlando.com/news/local/2021/08/12/shocking-violation-of-procedure-lake-county-commissioners-order-takedown-of-traffic-surveillance-cameras/

[14] https://medium.com/@redteamwrangler/keeping-an-eye-on-flock-safety-alpr-cameras-313efd4f931e

49. With comprehensive data, predictive models can anticipate movement patterns. For example, predicting rush-hour traffic or identifying peak pedestrian times. Remember, while increased granularity aids law enforcement and safety, it's essential to balance surveillance with privacy rights and community transparency.

50. The U.S. Department of State's "Guiding Principles on Government Use of Surveillance Technology" emphasize responsible and lawful deployment while safeguarding individual privacy, personal data, and human rights. The conjoining of video surveillance, artificial intelligence technology, and a lack of clear guidelines increase the risk of privacy violations and discriminatory practices.[15]

I declare under penalty of perjury that the foregoing is true.  Dated this 16th day of February, 2024.

_____

Lars Daniel, Practice Leader, Digital Forensics

---

[15] https://www.state.gov/wp-content/uploads/2023/03/FOC-FINAL-Surveillance-Principles-03092023.pdf