Attachment A:

On April 22, 2023 at or around 0827 hours two victims were robbed at gunpoint in the City of Richmond South of the James. The location was 48th Street and Dunston Avenue. The suspect of the robbery was a black male.

Your affiant responded to the scene and investigated the robbery. Video was viewed and obtained ~~from~~ *from the* showing the suspect vehicle as a gold four door Acura TL. On the back two rear windows there was a *Valero* sticker or decal. *The Flock Camera System is a video License plate Reader System used by* *Located* *the Police to identify vehicles* *at* Using the pictures from the videos a search was conducted on the Flock Camera System. Using the *1801 Westover* make, model, color, and decals a vehicle were an exact match. The vehicle license plate was confirmed *Hills Blvd* as VA License UAL-6525 and Vehicle Identification Number of 19UUA5673YA003353 a gold colored Acura registered to a Breona Mone't Reid a black female. Using police database, shows that Breona Mone't Reid lives at 4176 Lamplighter Court, Chesterfield VA 23832. Per the Flock Camera System it shows the vehicle on Lamplighter Court at 06:21:51 the day of the robbery. At 08:44:01, 17 minutes after the call for the robbery the vehicle shows back up on the Flock Camera System on Lamplighter Court. It is probable that the vehicle left Lamplighter Court, went immediately to the robbery location and then returned to Lamplighter Court based on the Flock Camera System information.

With the above information your affiant is requesting a GPS Search Warrant of the suspect vehicle VA License Plate UAL-6525 and Vehicle Identification Number of 19UUA5673YA003353. It is unknown if the registered owner is involved and the GPS Tracker Search Warrant is requested to identify recent or current operators, occupants, or other locations that the vehicle frequents. This search warrant will confirm or dispel the suspect(s) or occupant(s) to this vehicle for this robbery.

US-00000273