

US-00000403



flock

Chesterfield County VA PD-#21 - Hicks @ PD Suppor

37.46022166900886 , -77.5518865960414
4/23/2023 22:24:25 EDT

US-00000404



Chesterfield County VA PD-#21 - Hicks @ PD Suppor   37.46022166900886 , -77.5518865960414
4/23/2023 22:44:28 EDT

US-00000405



US-00000406



flock

UTI-8371

Chesterfield County VA PD-#21 - Hicks @ PD Suppor
37.46022166900886 , -77.5518865960414
4/23/2023 22:24:27 EDT

US-00000407



Chesterfield County VA PD-#21 - Hicks @ PD Suppor 37.46022166900886 , -77.5518865960414
4/23/2023 22:23:30 EDT

US-00000408



flock

Chesterfield County VA PD-#21 - Hicks @ PD Suppor

37.46022166900886 , -77.5518865960414
4/23/2023 22:20:58 EDT

US-00000409



flock

Chesterfield County VA PD-#21 - Hicks @ PD Suppor   37.46022166900886 , -77.5518865960414
4/23/2023 22:41:39 EDT

US-00000410



US-00000411



US-00000412



US-00000413



flock

Chesterfield County VA PD-#21 - Hicks @ PD Suppor    37.46022166900886 , -77.5518865960414
4/23/2023 22:44:21 EDT

US-00000414



US-00000415



flock

Chesterfield County VA PD-#21 - Hicks @ PD Suppor
37.46022166900886 , -77.5518865960414
4/23/2023 22:44:27 EDT

US-00000416



US-00000417



Chesterfield County VA PD-#21 - Hicks @ PD Suppor
37.46022166900886 , -77.5518865960414
4/23/2023 22:34:55 EDT

US-00000418



US-00000419



US-00000420



US-00000421



US-00000422



US-00000423



Chesterfield County VA PD-#21 - Hicks @ PD Suppor
37.46022166900886 , -77.5518865960414
4/23/2023 22:33:05 EDT

US-00000424



flock

UDC-1598

Chesterfield County VA PD-#21 - Hicks @ PD Suppor
37.46022166900886 , -77.5518865960414
4/23/2023 22:38:23 EDT

US-00000425



US-00000426



US-00000427



Chesterfield County VA PD-#21 - Hicks @ PD Suppor
37.46022166900886 , -77.5518865960414
4/23/2023 22:22:55 EDT

US-00000428