**04/24/2023**

**Using the surveillance footage images MPO Redford used the FLOCK cameras to locate the suspect vehicle.**



*Image from surveillance camera showing a sticker on the drivers side*



*Image from FLOCK camera showing matching sticker on drivers side*

9



*Image from surveillance footage showing sticker on passenger side*



*Image from FLOCK camera showing matching sticker on passenger side*

US-00000144