IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KUMKIO MARTIN,<br><br>*Defendant.* | Case No. 3:23-cr-150-REP |

**DECLARATION OF OFFICER RICHARD REDFORD**

I, Richard C. Redford, hereby declare as follows:

1. I am currently employed as a Master Patrol Officer with the Richmond Police Department's Third Precinct. I have served as an Officer with Richmond PD for over 12 years.

2. On April 22, 2023, Detective Eric Sandlin, also with the Richmond Police Department's Third Precinct, asked me to help investigate an armed robbery that occurred on Dunston Avenue earlier that morning.

3. Specifically, Detective Sandlin provided me with photographs of a vehicle of interest. The photographs showed a four-door Acura sedan with a moon roof and stickers on the passenger windows. The Acura appeared to be silver. The photographs did not show the Acura's license plate number. Detective Sandlin asked me to search Flock Safety's automated license plate recognition ("ALPR") database to identify the car's license plate number.

4. Flock's ALPR database contains photographs of cars taken by cameras equipped with license plate reading technology. The database allows users to search for cars by

specifying the car's color, make, and vehicle type. To search for the Acura, for example, I queried the database for all silver sedans captured by Flock cameras in the Richmond area. This search produced thousands of images.

5. The database also allows users to search by specific camera (*e.g.*, all cars captured driving past the Flock camera at the intersection of two streets), or by region (*e.g.*, all cars captured by the Flock cameras in Richmond).

6. Flock stores the car photographs for 30 days. Thus, I could not use the Flock database to see any pictures of cars taken more than 30 days before April 22, 2023.

7. Some search features of Flock's database produce fairly accurate results, while others do not. For instance, a search for a specific color, like silver, results in pictures of grey and silver cars. But the database is less accurate for make and mode. A search for "red Fords" may result in some images of red Nissans and exclude red Fords. Similarly, the database is less accurate when searching for specific license plate numbers. The system may, for example, mistake an "M" for a "W" on a license plate.

8. To identify the Acura in the photographs Detective Sandlin gave me, I manually reviewed hundreds of car pictures. Identifying the Acura would likely not have been possible without the distinctive stickers on the rear passenger windows. I found images of the car with these stickers and was able to identify the car's license plate from these images. The car had Virginia license plates with the number UAL-6525. The review of database pictures took me approximately 6-7 hours.

9. The pictures of the Acura I reviewed from the Flock database did not show the driver of the car or provide any identifying information about the car's occupants.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Richard C. Redford, MPO
Richmond Police Department
Third Precinct
301 S. Meadow St.
Richmond, VA 23220
(804) 646-1412

Date: March 29, 2024