IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA

v.

KUMKIO MARTIN,

*Defendant*.

Case No. 3:23-cr-150-REP

**GOVERNMENT EXHIBIT 2**

***Selected Photographs and Images***

1. The April 22, 2023 images from local business surveillance cameras showing the Acura and its stickers:





US-00000143; US-00000144; *see also* Def. Mot. at 4.

2. The images of the Acura Officer Redford found using the Flock database:





US-00000143; US-00000144; *see also* Def. Mot. at 4.

3. The April 23 image of the Acura on Reams Road captured by a Flock camera:



US-00000403; *see also* ECF No. 16-3.

4. The Flock camera at the intersection of Stella Road and Lamplighter Court:





*See also* Def. Mot. at 3.

Respectfully submitted,

By: _____/s/_____

Stephen E. Anthony
Vetan Kapoor
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Email: Stephen.E.Anthony@usdoj.gov
        Vetan.Kapoor@usdoj.gov

Date: April 1, 2024