IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                    Criminal No. 3:23-cr-150

KUMIKO L. MARTIN, JR.,

        Defendant.

## ORDER

For the reasons set forth in the accompanying MEMORANDUM

OPINION, the DEFENDANT'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM

THE FLOCK CAMERA SYSTEM, ECF No. 16, and the DEFENDANT'S BRIEF IN

SUPPORT OF MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE FLOCK

CAMERA SYSTEM, ECF No. 67, are hereby DENIED.


It is so ORDERED.


                            /s/        _____
                            Robert E. Payne
                            Senior United States District Judge


Richmond, Virginia
Date: October 11, 2024